THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Frank T. Fair and Thelma B. Fair, Respondents,
v.
Gary Realty Company, Inc., and Tareyton, Inc., Defendants,
Of whom Gary Realty Company, Inc., is the, Appellant.
 
 
 

Appeal From Richland County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2005-UP-540
Submitted September 1, 2005  Filed October 12, 2005

AFFIRMED

 
 
 
Brenda R. Reddix-Smalls, of Columbia, for Appellant.
Keith Babcock, Peter D. Protopapas, and William A. McKinnon, all of Columbia, for Respondents.
 
 
 

PER CURIAM:  Gary Realty Company appeals a circuit court order affirming an arbitration award in favor of Frank T. and Thelma B. Fair.  We affirm[1] pursuant to Rule 220(b)(2), SCACR, and the following authorities:  Issue I:  State v. Gentry, 363 S.C. 93, 100, 610 S.E.2d 494, 498 (2005) (stating subject matter jurisdiction refers to a courts power to determine cases of a general class); S.C. Code Ann. §§ 15-48-20 to -240 (Supp. 2004) (an arbitrators authority is determined by contract and statute).  Issues II & III:  Johnson v. Johnson, 310 S.C. 44, 46, 425 S.E.2d 46, 48 (Ct. App. 1992) (finding an order entered by consent is binding and conclusive and cannot be attacked by the parties). 
 AFFIRMED.
HEARN, C.J., STILWELL, and KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.